IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL A. MARTINEZ : CIVIL ACTION
:
v. :
:
PAUL K. SMEAL, ET AL. : NO. 09-4031

O R D E R

AND NOW, this 8th day of October, 2009, it is ORDERED as follows:

1. Temporary leave to proceed <u>in forma pauperis</u> is GRANTED for the sole purpose of filing this action in this Court;

2. The Clerk of Court shall TRANSFER this action to the United States District Court for the Middle District of Pennsylvania along with a certified copy of the docket, and all papers and the file in this matter; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

J. CURTIS JOYNER, J.